UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-01427-JGB (KKx)**                                   Date: **June 8, 2015**

Title:  **Adam Ellis v. Worldwide Capital Holdings, Inc.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>D. Taylor</u> | <u>  n/a  </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
     None present                                                                 None present

**PROCEEDINGS:  (IN CHAMBERS)**

　　The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

1. While the Court is willing to enter a protective order in accordance with the parties' stipulation in order to facilitate the conduct of discovery, the Court is unwilling to include in the protective order any provisions relating to evidence presented at trial or other court hearings or proceedings.  **Any use of Protected Material at trial or other court hearings or proceedings shall be governed by the orders of the trial judge**.  The stipulation should, thus, include language to make this explicit.  Additionally, any references to the proposed protective order covering court proceedings (<u>e.g.</u> page 7, line 19) should be deleted.

2. The stipulation needs to be revised to make clear that the terms of the Protective Order do not apply to the Court and court personnel, who are subject only to the Court's internal procedures regarding the handling of material filed or lodged, including material filed or lodged under seal.

MINUTES FORM 11                                                                                 Initials of Deputy Clerk <u>DT</u>
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: EDCV 14-01427-JGB (KKx)  July 6, 2015
**Adam Ellis v. Worldwide Capital Holdings, Inc.**  **Page 2**

---

3. Proposed ¶¶6.3 and 7.4(e) need to be revised to make clear that any motion challenging a designation of material as Confidential or requesting a modification of the Protective Order will need to be made in *strict compliance* with Local Rules 37-1 and 37-2 (including the Joint Stipulation requirement).

4. The proposed order should contain a signature block for the Magistrate Judge to whom this matter has been referred.

The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order.

MINUTES FORM 11                                                Initials of Deputy Clerk DT
CIVIL-GEN