1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ADAM ELLIS, an individual,<br>       Plaintiff,<br>  v.<br>WORLDWIDE CAPITAL HOLDINGS, INC., a Delaware corporation; WORLDWIDE TECHNOLOGY GROUP, LLC, a Delaware limited liability company; NICHOLAS HENKELS, an individual; MICHELLE HENKELS, an individual; and DOES 1 – 10, inclusive,<br>       Defendants | Case No.: 5:14−cv−01427−JGB−KK<br><br>**JUDGMENT ENTERED UNDER RULE 68**<br>**(Fed. R. Civ. P. 68)**<br><br>Complaint Filed:   July 11, 2014 |
| WORLDWIDE CAPITAL HOLDINGS, INC.; WORLDWIDE TECHNOLOGY GROUP, LLC; and NICHOLAS HENKELS;<br>       Counter-claimants,<br>  v.<br>ADAM ELLIS,<br>       Counter-defendant. | |

On September 30, 2015, Defendants/Counter-Claimants WORLDWIDE CAPITAL HOLDINGS, INC., WORLDWIDE TECHNOLOGY GROUP, LLC, and NICHOLAS HENKELS served an Offer of Judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure. On October 1, 2015, Plaintiff/Counter-Defendant ADAM ELLIS served Defendants/Counter-Claimants with a Notice of Acceptance of Offer of Judgment and a Declaration of Service. Therefore, under the provision of Rule 68,

**IT IS ADJUDGED THAT:**

1. Plaintiff/Counter-Defendant ADAM ELLIS shall have judgment against Defendants'/Counter-Claimants' WORLDWIDE CAPITAL HOLDINGS, INC., WORLDWIDE TECHNOLOGY GROUP, LLC, and NICHOLAS HENKELS in the sum of $60,000;

2. All claims asserted by Plaintiff/Counter-Defendant ADAM ELLIS against Defendants/Counter-Claimants WORLDWIDE CAPITAL HOLDINGS, INC., WORLDWIDE TECHNOLOGY GROUP, LLC, and NICHOLAS HENKELS are dismissed with prejudice; and

3. All claims asserted by Defendants/Counter-Claimants WORLDWIDE CAPITAL HOLDINGS, INC., WORLDWIDE TECHNOLOGY GROUP, LLC, and NICHOLAS HENKELS against Plaintiff/Counter-Defendant ADAM ELLIS are dismissed with prejudice.

Date: __November 3,_____, 2015

The Honorable Jesus G. Bernal
United States District Judge